UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kathy Thomas<br><br>    Plaintiff,<br><br>v.<br><br>Collecto, Inc. dba EOS CCA<br><br>    Defendant. | Case No. 1:14-cv-07347<br><br><br>**NOTICE OF SETTLEMENT** |

    Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

                      RESPECTFULLY SUBMITTED,

                      Hyslip & Taylor, LLC, LPA

                      By:  s/ Jeffrey S. Hyslip____
                            Jeffrey S. Hyslip
                            Attorney for Plaintiff
                            1100 W. Cermak Rd., Suite B410
                            Chicago, IL  60608
                            312-380-6110
                            jeffrey@lifetimedebtsolutions.com

## CERTIFICATE OF SERVICE

 I hereby certify that on October 16, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Michael S. Kraft
Kraft Law Firm
30 Coach Lane
Westwood, MA  02090

Counsel for:
EOS CCA

                s/ Jeffrey S. Hyslip