# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kathy Thomas<br><br>　　　Plaintiff,<br><br>v.<br><br>Collecto, Inc. dba EOS CCA<br><br>　　　Defendant. | Case No. 1:14-cv-07347<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

　　　Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.


　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　Hyslip & Taylor, LLC, LPA

　　　　　　　　　　　　　　　By:　　/s/ Jeffrey S. Hyslip
　　　　　　　　　　　　　　　　　Jeffrey S. Hyslip
　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　1100 W. Cermak Rd., Suite B410
　　　　　　　　　　　　　　　　　Chicago, IL  60608
　　　　　　　　　　　　　　　　　312-380-6110
　　　　　　　　　　　　　　　　　Jeffrey@lifetimedebtsolutions.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Michael S. Kraft
Kraft Law Firm
30 Coach Lane
Westwood, MA  02090

Counsel for:
EOS CCA

/s/ Jeffrey Hyslip