# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kathy Thomas

               Plaintiff,

v.                                                   Case No.: 1:14–cv–07347
                                                       Honorable Joan B. Gottschall

Collecto, Inc.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 15, 2014:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the plaintiff's Notice of Voluntary Dismissal [7], this cause is hereby dismissed with prejudice. Status hearing set for 12/18/2014 is stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.